IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JULIE BEAN, | : | No. 3:23cv1702 |
|     Plaintiff | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| THE WYOMING SEMINARY OF THE SUSQUEHANNA ANNUAL CONFERENCE, | : | |
|     Defendant | : | |

## ORDER

**AND NOW**, to wit, this 20th day of March 2024, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendant Wyoming Seminary of the Susquehanna Annual Conference shall serve copies of DEF000316-000326 and DEF000370-DEF000459 on plaintiff within ten (10) days of the date of this order, subject to redactions as detailed in the memorandum.

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Court