IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JULIE BEAN,<br>　　　　Plaintiff<br><br>　　v.<br><br>THE WYOMING SEMINARY OF<br>THE SUSQUEHANNA ANNUAL<br>CONFERENCE,<br>　　　　Defendant | 3:23-CV-1702<br><br>Judge Munley |

## MEDIATION REPORT

In accordance with the Court's Mediation Order, a second mediation conference was held on May 21, 2024, and the results of that conference are indicated below:

   ✓   　The case has been completely settled.

_____　No settlement was reached.

_____　The parties have reached an impasse. The parties and the mediator agree that a future mediation conference(s) may be beneficial and will engage in additional discussions if appropriate.

Date: May 21, 2024　　　　By: s/Gerard J. Geiger, Esq.,
　　　　　　　　　　　　　　　　　Mediator

1

## Certificate of Service

I hereby certify that on this date, all counsel of record were served with a copy of the foregoing document via ECF.

Date: May 21, 2024             By: s/Gerard J. Geiger, Esq.,
                                   Mediator